AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*



FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 4:12 pm, Sep 02, 2020*

DAVID C. CHRISTIAN and
SHANNON H. CHRISTIAN,

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:   5:19-cv-34

THE OKEFENOKEE CHARLTON TRUST,
et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated September 2, 2020 granting Defendants' Motions to Dismiss, Plaintiffs' federal causes of action are DISMISSED with prejudice and Plaintiffs' remaining state causes of action are DISMISSED without prejudice. Judgment is hereby entered. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

September 2, 2020
*Date*

John Triplett, Acting Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03